## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

SOUTHERN-OWNERS INSURANCE
COMPANY,

    Plaintiff,

v.                                       Case No: 8:15-cv-944-T-30AEP

MC WARREN, LLC, GRAHAM
CONSTRUCTION COMPANY, INC. and
LAKE WHALES HOSPITALITY I, LLC,

    Defendants.
_____

## **ORDER OF DISMISSAL**

Before the Court is the Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Dkt. #7).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed without prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 1st day of June, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record